# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday, the 10th day of March, 1992.

Gregory Michael Dowell, Appellant,

   against

Commonwealth of Virginia, Appellee.

Before Chief Judge Koontz, Judges Baker, Benton, Coleman, Moon, Willis, Elder and Bray

---

COUNSEL

Stephen A. Palmer, for appellant.

Linwood T. Wells, Jr., Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellee.

---

## UPON REHEARING EN BANC

OPINION

On August 20, 1991, a panel of this Court reversed and remanded the convictions of Gregory Michael Dowell. *See* 12 Va. App. 1145, 408 S.E.2d 263 (1991). A dissenting opinion was filed in the panel decision. The Commonwealth's petition for rehearing *en banc* was granted and heard on January 22, 1992. For the reasons stated in the panel's majority opinion, the convictions are reversed, the stay of this Court's August 20, 1991 mandate is lifted, and the matters are remanded to the Circuit Court of New Kent County.

Judges Baker and Moon would affirm the convictions for the reasons stated in the dissenting opinion of the original panel decision.

The trial court shall allow court-appointed counsel for the appellant an additional $200 for services rendered the appellant on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses.

This order shall be published and certified to the trial court.